Deatherage v. Howenstein.

4. Agent—au-
thority ex-
ceeded.

The judgment of the court below will be reversed, and the cause remanded for a new trial.

All the Justices concurring.

DEATHERAGE & EWART v. FRANK HOWENSTEIN.

The case of *Deatherage v. Henderson,* ante, p. 684, followed.

*Error from Wabaunsee District Court.*

The opinion of the court was delivered by

HORTON, C. J.: This case was submitted to this court at the same time as *Deatherage v. Henderson,* just decided. All the questions involved herein were also involved in that case; therefore, upon that authority the judgment of the district court will be reversed, and the cause remanded for a new trial.

All the Justices concurring.